# United States Bankruptcy Court
## Southern District of Georgia

In the matter of:                                         )
                                                          )
Gregory Velez
Kathy J. Velez                                     )      Chapter 13 Case No. 12-42255
                                                          )
       Debtors.                              )
                                                          )

### NOTICE OF MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney does not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date:    November 24, 2014                            /s/ John E. Pytte
                                                                                 John E. Pytte, Georgia Bar No. 590555

Lucinda Rauback, Acting Clerk
United States Bankruptcy Court
Southern District of Georgia
*(Form.mac11/04)*

# United States Bankruptcy Court
## Southern District of Georgia

| | |
|---|---|
| In the matter of: | ) |
| | ) |
| Gregory Velez | ) |
| Kathy J. Velez | )  Chapter 13 Case No. 12-42255 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

### MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects;

    (a) Increase payments as follows:

    (b) Reduce payments as follows:

    (c) Surrender the following property:

    (d) Other provisions: **Allow claim #0002 of National Auto Finance Company secured to be paid at contract interest rate and a monthly dedicated payment of $550. Debtor will increase plan payments if necessary to maintain the confirmed dividend.**

2. Debtor(s) assert(s) as the basis for the modification the following facts: **Subject collateral, a 2006 Kia Sorento is Debtor's primary transportation, there is roughly $2,500 balance to pay the car in full and Debtor requires the vehicle for her reorganization.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

Date: November 24, 2014        /s/ Gregory Velez
                               Gregory Velez

                               /s/ Kathy J.Valez
                               Kathy J. Velez

# United States Bankruptcy Court
## Southern District of Georgia

| | |
|---|---|
| In the matter of:<br><br>Gregory Velez<br>Kathy J. Velez<br><br>      Debtors. | )<br>)<br>)<br>)   Chapter 13 Case No. 12-42255<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties listed below with a true and correct copy of NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION and MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION by placing a copy of said documents in the United States Mail with adequate postage thereon to insure proper delivery; OR via Notice of Electronic Filing.

    SEE EXHIBIT A

November 24, 2014

                                            /s/ John Pytte
                                            JOHN E. PYTTE
                                            Attorney for Debtor(s)
                                            Georgia Bar No. 590555

```
JOHN E. PYTTE, P.C.
Post Office Box 949
Hinesville, GA   31310
Phone:   (912) 369-3569
Fax:     (912) 369-3579
```

Label Matrix for local noticing
113J-4
Case 12-42255-LWD
Southern District of Georgia
Savannah
Mon Nov 24 13:57:12 EST 2014

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Arrow Finace
133 E Montgomery Cross Roads
Savannah GA 31406-4730

Asset Acceptance LLC
P.O. Box 2036
Warren Mi 48090-2036

CitiMortgage Inc
P.O. Box 9438
Gaithersburg MD 20898-9438

Citifinancial
300 Saint Paul Pl
Baltimore MD 21202-2120

(p)COLLECTRON INC
PO BOX 15419
SAVANNAH GA 31416-2119

Colonial Finance
223 Broughton St
Augusta GA 31401

Colonial Finance Company
513 E. Oglethorpe Avenue Unit G
Savannah, GA 31401-4141

Cov Credit
5507 Abercrn St Unit 2
Savannah GA 31405-6912

Lisa Ritchey Craig
McCullough Payne & Haan, LLC
271 17th Street, NW, Ste 2200
Atlanta, GA 30363-6213

Credit Collection Serv
6602 Abercorn St Ste 202
Savannah GA 31405-5849

Gemb/Walmart
P.O. Box 981400
El Paso TX 79998-1400

Hsbc Nv
Po Box 5253
Carol Stream IL 60197-5253

I.C. System Inc.
P.O. Box 64378
St Paul MN 55164-0378

LCA Services Inc
18 Park Of Commerce Blvd
Savannah GA 31405-7410

LVNV Funding, LLC its successors and assigns
assignee of One Main Financial Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

O Byron Meredith III
P O Box 10556
Savannah, GA 31412-0756

National Auto Finance
200 Renaissance Ctr
Detroit MI 48243-1300

National Auto Finance Company
PO Box 130424
Roseville, MN 55113-0004

L. Stephen O'Hearn
Bulovic & O'Hearn
1020 Bryan Woods Loop, Ste 5
Savannah, GA 31410-1271

Onemain Finance
300 Saint Paul Pla Bsp13a
Baltimore MD 21202-2120

Portfolio
120 Corporate Blvd, Ste 100
Norfolk VA 23502-4962

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

John E. Pytte
P O Box 949
Hinesville, GA 31310-0949

Rec Mgt Grp
2901 University Av #29
Columbus GA 31907-7601

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Shuping, Morse And Ross, LLP
6259 Riverdale Rd
Suite 100
Riverdale GA 30274-1698

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Trident Asset Manageme
5755 Northpoint Pkwy Ste
Alpharetta GA 30022-1136

| | | |
|---|---|---|
| Gregory Velez<br>2142 Vermont Ave<br>Savannah, GA 31404-8022 | Kathy J Velez<br>2142 Vermont Ave<br>Savannah, GA 31404-8022 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 |
| Wfnnb/Catherines<br>4590 E Broad St<br>Columbus OH 43213-1301 | World Finance Corp<br>24 Drayton St<br>Savannah GA 31401-2743 | World Finance Corporation<br>24 Drayton St. Ste. 100<br>Savannah, GA 31401-2743 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AAFES<br>3911 S Walton Walker Blvd<br>Dallas TX 75236 | Collectron<br>119 Southern Blvd<br>Savannah GA 31405 | (d)Military Star<br>3911 Walton Walker<br>Dallas TX 75266 |
| Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>POB 41067<br>Norfolk VA 23541 | SCANA Energy<br>220 Operation Way, MC C222<br>Cayce, SC  29033-3701 | (d)Scana Energy Marketing<br>3340 Peachtree Rd Ne Ste<br>Atlanta GA 30326 |
| Springleaf Financial S<br>5500 White Bluff Rd<br>Savannah GA 31405 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)National Auto Finance Company

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36